# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 22, 2014

Lyle W. Cayce
Clerk

No. 13-41084
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CECILIO GALLEGOS-AGUILAR,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:13-CR-298-1

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Cecilio Gallegos-Aguilar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gallegos-Aguilar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as the response from Gallegos-Aguilar. We concur with counsel's assessment that the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-41084

appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.